UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | CAUSE NO. 3:04-CR-118(01)RM |
| | ) | |
| FREDERICK WILLIAMS | ) | |

## OPINION and ORDER

On April 21, the government requested the court amend Frederick Williams's sentence to reflect that the sentences imposed by the court shall run consecutive to the sentence imposed in Cause No. 3:04-CR-92 AS. The court construes the motion as one filed pursuant to FED. R. CRIM. P. 35, and because there has been no showing of clear error, DENIES the government's request [Doc. No. 16].

SO ORDERED.

ENTERED: May 11, 2005

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court

cc:   F. Williams
      J. Hamilton
      D. Schmid
      USPO